UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDUARDO D. PEREZ,**

    **Plaintiff,**

**v.**                                           **Case No. 5:17cv106/MCR/CJK**

**STONER, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated November 30, 2017. ECF No. 16. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). However, the Report and Recommendation was returned as undeliverable and unable to be forwarded, ECF No. 17, and no objection has been filed. The Order to Show Cause, however, was not returned as undeliverable. The Court has no other address for Plaintiff. Consequently, having reviewed the record and finding that Plaintiff has failed to comply with an order of the Court and left no forwarding address, the Report and Recommendation will be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the Court's Order.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of January 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**